| | |
|---|---|
| 1 | ROBBINS ARROYO LLP |
| | BRIAN J. ROBBINS (190264) |
| 2 | brobbins@robbinsarroyo.com |
| | CRAIG W. SMITH (164886) |
| 3 | csmith@robbinsarroyo.com |
| | ASHLEY R. RIFKIN (246602) |
| 4 | arifkin@robbinsarroyo.com |
| | JONATHAN D. BOBAK (312374) |
| 5 | jbobak@robbinsarroyo.com |
| | 5040 Shoreham Place |
| 6 | San Diego, CA 92122 |
| | Telephone: (619) 525-3990 |
| 7 | Facsimile: (619) 525-3991 |
| 8 | Attorneys for Plaintiff Donald Johnston |
| 9 | [Additional Counsel on Signature Pages] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER GORDON, | Case No. 8:19-cv-00621-AG-DFMx |
| Plaintiff, | STIPULATION CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS |
| v. | |
| HALLE J. BENETT; JONAH SCHNEL; JEFFREY KARISH; ROBERT SZNEWAJS; ERIC HOLOMAN; CHAD BROWNSTEIN; STEVEN A. SUGARMAN; RICHARD LASHLEY; DOUGLAS BOWERS; AND JOHN GROSVENOR, | |
| Defendants, | |
| -and- | |
| BANC OF CALIFORNIA, INC., a Maryland Corporation, | Judge: Hon. Andrew J. Guilford |
| Nominal Defendant. | Courtroom: 10D |
| | Date Action Filed: April 2, 2019 |
| [Caption continued on next page] | |

| | |
|---|---|
| DONALD JOHNSTON, Derivatively on Behalf of BANC OF CALIFORNIA, INC., <br><br>     Plaintiff, <br><br>     v. <br><br> ROBERT D. SZNEWAJS, JONAH F. SCHNEL, HALLE J. BENETT, RICHARD J. LASHLEY, STEVEN A. SUGARMAN, JOHN C. GROSVENOR, CHAD T. BROWNSTEIN, JEFFREY KARISH, and ERIC L. HOLOMAN, <br><br>     Defendants, <br><br>     -and- <br><br> BANC OF CALIFORNIA, INC., a Maryland Corporation, <br><br>     Nominal Defendant. | Case No. 8:19-cv-01152-AG-DFMx <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge: Hon. Andrew J. Guilford <br> Courtroom: 10D <br> Date Action Filed: June 10, 2019 |
| COLLEEN WITMER, Derivatively on Behalf of BANC OF CALIFORNIA, INC, <br><br>     Plaintiff, <br><br>     vs. <br><br> STEVEN A. SUGARMAN, RONALD J. NICOLAS, JR., ROBERT D. SZNEWAJS, CHAD T. BROWNSTEIN, HALLE J. BENETT, DOUGLAS H. BOWERS, JEFFREY KARISH, RICHARD J. LASHLEY, JONAH F. SCHNEL, ERIC L. HOLOMAN, and JEFFREY T. SEABOLD <br><br>     Defendants, <br><br>     and <br><br> BANC OF CALIFORNIA, INC, <br><br>     Nominal Party. | 2:19-cv-05488-AG-DFMx <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge: Hon. Andrew J. Guilford <br> Courtroom: 10D <br> Filed in Super. Ct.: June 18, 2019 <br> Removed: June 24, 2019 |

Plaintiffs Kristopher Gordon, Donald Johnston, and Colleen Witmer, nominal defendant Banc of California ("Banc"), and individual defendants Robert D. Sznewajs, Jonah F. Schnel, Halle J. Benett, Richard J. Lashley, Steven A. Sugarman, John C. Grosvenor, Chad T. Brownstein, Jeffrey Karish, Douglas Bowers, Jeffrey Seabold, Ronald D. Nicolas, Jr., and Eric L. Holoman (the "Individual Defendants" and together with Banc, the "Defendants"), by and through their undersigned counsel, stipulate as follows:

WHEREAS the following three shareholder derivative actions allege, among other things, breaches of fiduciary duty by certain officers and directors of Banc, and are now pending in this Court (the "Related Actions"):

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Gordon v. Bennett, et al.* | 8:19-cv-00621-AG-DFMx | April 2, 2019 |
| *Johnston v. Sznewajs, et al.* | 8:19-cv-01152-AG-DFMx | June 10, 2019 |
| *Witmer v. Sugarman, et al.* | 2:19-cv-05488-AG-DFMx | June 24, 2019[1] |

WHEREAS, counsel for the parties to this Stipulation Consolidating Related Actions, Appointing Lead Counsel, and Related Matters (the "Stipulation") include: (i) Robbins Arroyo LLP on behalf of plaintiff Donald Johnston; (ii) Schubert Jonckheer & Kolbe LLP and Holzer & Holzer, LLC on behalf of plaintiff Kristopher Gordon; (iii) The Weiser Law Firm, P.C. on behalf of plaintiff Colleen Witmer; and (iv) counsel for the Defendants.

WHEREAS, in an effort to assure consistent rulings and decisions and to avoid unnecessary duplication of effort, counsel for the respective parties in the Related Actions hereby enter into this Stipulation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, as follows:

---

[1] Removed on June 24, 2019, from the Superior Court of California, County of Los Angeles. Originally filed June 18, 2019.

## CONSOLIDATION

1. The Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action").

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 8:19-cv-621-AG-DFMx<br><br>(Consolidated with Case Nos. 19-cv-1152 and 19-cv-05488) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

3. The files of the Consolidated Action shall be maintained in one file under Master File No. 8:19-cv-00621-AG-DFMx.

## SCHEDULE FOR THE CONSOLIDATED ACTION

4. Defendants need not respond to the complaints filed in the Related Actions or any other complaint now pending before, or later filed in, remanded to, or transferred to, this Court which arises out of the same or similar facts and allegations as contained in the Related Actions. Rather, plaintiffs shall file, within sixty (60) days of entry of the Order approving this Stipulation, a consolidated complaint or designate a previously-filed complaint as the operative complaint (the "Consolidated Complaint"), which will supersede all existing complaints filed in the Related Actions and any other action that may be consolidated herewith.

5. Within fourteen (14) days of the filing or designation of the Consolidated Complaint, counsel for the parties shall meet and confer regarding a stipulation

- 4 -

concerning timing for briefing and hearing Banc's response to the Consolidated Complaint, and shall submit such stipulation to the Court for approval.

6. In the interests of efficiency and the conservation of party and judicial resources, the Individual Defendants' deadlines to respond to the Consolidated Complaint in this action are deferred pending resolution of Banc's anticipated motion to dismiss the Consolidated Complaint.

## RELATED MATTERS

7. Defendants' respective counsel hereby accept service in *Gordon v. Bennett*, 8:19-cv-00621-AG-DFMx, *Johnston v. Sznewajs*, No. 8:19-cv-01152-AG-DFMx, and *Witmer v. Sugarman*, No. 2:19-cv-05488-AG-DFMx, on behalf of all Defendants not already served.

8. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Action.

9. The Order approving this Stipulation shall apply to each case, arising out of the same or similar transactions and/or events as the Related Actions which is subsequently filed in, remanded to, or transferred to this Court. When a case which properly belongs as part of the *In re Banc of California, Inc. Stockholder Derivative Litigation*, Lead Case No. 8:19-cv-00621-AG-DFMx, is hereafter filed in, remanded to, or transferred to this Court, counsel for the parties shall call such filing, remand, or transfer to the attention of the clerk of this Court for purposes of moving the Court for an order consolidating such case(s) with *In re Banc of California, Inc. Stockholder Derivative Litigation*, Lead Case No. 8:19-cv-00621-AG-DFMx. Counsel for the parties will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of the Order approving this Stipulation.

## LEAD COUNSEL

10. Plaintiffs request that the Court enter an order establishing that lead counsel for plaintiffs ("Lead Counsel") in the Consolidated Action are:

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
ASHLEY R. RIFKIN
JONATHAN D. BOBAK
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
arifkin@robbinsarroyo.com
jbobak@robbinsarroyo.com

SCHUBERT JONCKHEER & KOLBE LLP
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

11. Defendants take no position as to which firm(s) should be appointed lead counsel.

12. Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

13. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

14. Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with Defendants' counsel on matters of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

15.   Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs.

IT IS SO STIPULATED.

| Dated:  August 7, 2019 | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS<br>CRAIG W. SMITH<br>ASHLEY R. RIFKIN<br>JONATHAN BOBAK<br><br>             /s/ *Ashley R. Rifkin*             <br>ASHLEY R. RIFKIN<br><br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile:  (619) 525-3991<br>E-mail: brobbins@robbinsarroyo.com<br>            csmith@robbinsarroyo.com<br>            arifkin@robbinsarroyo.com<br><br>Attorneys for Plaintiff Donald Johnston |
|---|---|
| Dated:  August 7, 2019 | SCHUBERT JONCKHEER AND KOLBE LLP<br>ROBERT C. SCHUBERT (S.B.N. 62684)<br>WILLEM F. JONCKHEER (S.B.N. 178748)<br><br>             /s/ *Willem F. Jonckheer*             <br>WILLEM F. JONCKHEER<br><br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Facsimile:  (415) 788-0161<br>E-mail: rschubert@sjk.law<br>            wjonckheer@sjk.law<br><br>-and-<br><br>**HOLZER & HOLZER**<br>MARSHALL P. DEES<br>1200 Ashwood Parkway, Suite 410<br>Atlanta, GA 30338<br>Telephone:  (770) 392-0090<br>Facsimile:   (770) 392-0029<br>Email: mdees@holzerlaw.com |

|   |   |   |
|---|---|---|
| | | Attorneys for Plaintiff Kristopher Gordon |
| Dated: August 7, 2019 | | ROSMAN AND GERMAIN LLP<br>DANIEL L. GERMAIN |
| | | */s/ Daniel L. Germain*<br>DANIEL L. GERMAIN |
| | | 16311 Ventura Boulevard, Suite 1200<br>Encino, CA 91436-2152<br>Telephone: (818) 788-0877<br>Facsimile: (818) 788-0885<br>E-mail: germain@lalawyer.com |
| | | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER<br>JAMES M. FICARO<br>22 Cassatt Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 225-2677<br>Facsimile: (610) 408-8062<br>E-mail: rw@weiserlawfirm.com<br>         bds@weiserlawfirm.com<br>         jmf@weiserlawfirm.com |
| | | Attorneys for Plaintiff Colleen Witmer |
| Dated: August 7, 2019 | | MORRISON AND FOERSTER LLP<br>MARK R. MCDONALD |
| | | */s/ Mark R. McDonald*<br>MARK R. MCDONALD |
| | | 707 Wilshire Boulevard Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>E-mail: mmcdonald@mofo.com |
| | | MARK R S FOSTER<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>E-mail: mfoster@mofo.com |
| | | Attorneys for Banc of California, Inc. |
| Dated: August 7, 2019 | | LATHAM & WATKINS LLP<br>ANDREW R. GRAY |

|  |  |
|---|---|
|  | /s/ *Andrew R. Gray* |
|  | ANDREW R. GRAY |
|  | 650 Town Center Drive 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290<br>E-mail: andrew.gray@lw.com |
|  | BRIAN T. GLENNON<br>MANUEL A. ABASCAL<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>E-mail: brian.glennon@lw.com<br>         manny.abascal@lw.com |
|  | Attorneys for Steven A. Sugarman |
| Dated: August 7, 2019 | JONES DAY<br>ROMAN E. DARMER<br>ROBERT M. TIEFENBRUN |
|  | */s/ Roman E. Darmer*<br>ROMAN E. DARMER |
|  | 3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 851-3939<br>Facsimile: (949) 553-7539<br>E-mail: rdarmer@jonesday.com<br>         rtiefenbrun@jonesday.com |
|  | Attorneys for Robert D. Sznewajs, Halle J. Benett, Jonah Schnel, Jeffrey Karish, Richard J. Lashley and Douglas H. Bowers |
| Dated: August 7, 2019 | MUNGER TOLLES & OLSON LLP<br>JOHN SPIEGEL<br>JOHN GILDERSLEEVE |
|  | */s/ John Spiegel*<br>JOHN SPIEGEL |
|  | 350 South Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>E-Mail: John.Spiegel@mto.com<br>        John.Gildersleeve@mto.com |
|  | Attorneys for John Grosvenor |
| Dated: August 7, 2019 | SULLIVAN & CROMWELL LLP<br>ROBERT A. SACKS |

*/s/ Robert A. Sacks*
ROBERT A. SACKS

1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6640
Facsimilie: (310) 712-8800
E-Mail: sacksr@sullcrom.com

Attorneys for Chad T. Brownstein

Dated: August 7, 2019

QUINN EMANUEL URQUHART & SULLIVAN LLP
JAMES R. ASPERGER
KRISTIN TAHLER

*/s/ James R. Asperger*
JAMES R. ASPERGER

865 S. Figueroa Street
10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimilie: (213) 443-3100
E-Mail: jimasperger@quinnemanuel.com
kristintahler@quinnemanuel.com

Attorneys for Jeffrey T. Seabold

Dated: August 7, 2019

DLA PIPER LLP US
JOEL M. ATHEY

*/s/ Joel M. Athey*
Joel M. Athey

550 South Hope Street Suite 2300
Los Angeles, CA 90071
Telephone: (213) 330-7715
Facsimilie: (213) 330-7531
E-Mail: joel.athey@dlapiper.com

Attorneys for Ronald J. Nicolas, Jr.

Dated: August 7, 2019

ERIC L. HOLOMAN
Pro Se

*/s/ Eric L. Holoman*
ERIC L. HOLOMAN

1  Pursuant to L.R. 5-4.3.4, I, Ashley R. Rifkin, attest that all other signatories listed, and on
2  whose behalf the filing is submitted, concur in the filing's contact and have authorized the
3  filing.

<div style="text-align:right">
/s/ *Ashley R. Rifkin*
ASHLEY R. RIFKIN
</div>

1380137

- 11 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served on all filing users through the Court's electronic filing system on this 7th day of August, 2019.

                              /s/ *Ashley R. Rifkin*
                              ASHLEY R. RIFKIN