1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>HALLE J. BENETT; JONAH SCHNEL; JEFFREY KARISH; ROBERT SZNEWAJS; ERIC HOLOMAN; CHAD BROWNSTEIN; STEVEN A. SUGARMAN; RICHARD LASHLEY; DOUGLAS BOWERS; AND JOHN GROSVENOR,<br><br>    Defendants,<br><br>    -and-<br><br>BANC OF CALIFORNIA, INC., a Maryland Corporation,<br><br>    Nominal Defendant.<br><br>[Caption continued on next page] | Case No. 8:19-cv-00621-AG-DFMx<br><br>ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED MATTERS<br><br><br><br><br><br><br><br><br><br><br><br>Judge: Hon. Andrew J. Guilford<br>Courtroom: 10D<br>Date Action Filed: April 2, 2019 |

| | |
|---|---|
| DONALD JOHNSTON, Derivatively on Behalf of BANC OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT D. SZNEWAJS, JONAH F. SCHNEL, HALLE J. BENETT, RICHARD J. LASHLEY, STEVEN A. SUGARMAN, JOHN C. GROSVENOR, CHAD T. BROWNSTEIN, JEFFREY KARISH, and ERIC L. HOLOMAN, <br><br> Defendants, <br><br> -and- <br><br> BANC OF CALIFORNIA, INC., a Maryland Corporation, <br><br> Nominal Defendant. | Case No. 8:19-cv-01152-AG-DFMx <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge: Hon. Andrew J. Guilford <br> Courtroom: 10D <br> Date Action Filed: June 2, 2019 |
| COLLEEN WITMER, Derivatively on Behalf of BANC OF CALIFORNIA, INC, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN A. SUGARMAN, RONALD J. NICOLAS, JR., ROBERT D. SZNEWAJS, CHAD T. BROWNSTEIN, HALLE J. BENETT, DOUGLAS H. BOWERS, JEFFREY KARISH, RICHARD J. LASHLEY, JONAH F. SCHNEL, ERIC L. HOLOMAN, and JEFFREY T. SEABOLD <br><br> Defendants, <br><br> and <br><br> BANC OF CALIFORNIA, INC, <br><br> Nominal Party. | 2:19-cv-05488-AG-DFMx <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge: Hon. Andrew J. Guilford <br> Courtroom: 10D <br> Filed in Super. Ct.: June 18, 2019 <br> Removed: June 24, 2019 |

The Court has reviewed the parties' Stipulation Consolidating Related Actions, Appointing Lead Counsel, and Related Matter. Good cause appearing, the Court hereby orders as follows:

## CONSOLIDATION

1. The following related actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action").

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Gordon v. Bennett, et al.* | 8:19-cv-00621-AG-DFMx | April 2, 2019 |
| *Johnston v. Sznewajs, et al.* | 8:19-cv-01152-AG-DFMx | June 10, 2019 |
| *Witmer v. Sugarman, et al.* | 2:19-cv-05488-AG-DFMx | June 24, 2019[1] |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 8:19-cv-621-AG-DFMx <br><br> (Consolidated with Case Nos. 8:19-cv-1152 and 19-cv-05488) |
| This Document Relates To: <br><br> ALL ACTIONS. | |

3. The files of the Consolidated Action shall be maintained in one file under Master File No. 8:19-cv-00621-AG-DFMx.

---

[1] Removed on June 24, 2019, from the Superior Court of California, County of Los Angeles. Originally filed June 18, 2019.

4. Plaintiffs request that the Court enter an order establishing that lead counsel for plaintiffs ("Lead Counsel") in the Consolidated Action are:

> ROBBINS ARROYO LLP
> BRIAN J. ROBBINS
> CRAIG W. SMITH
> ASHLEY R. RIFKIN
> JONATHAN D. BOBAK
> 5040 Shoreham Place
> San Diego, CA 92122
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991
> brobbins@robbinsarroyo.com
> csmith@robbinsarroyo.com
> arifkin@robbinsarroyo.com
> jbobak@robbinsarroyo.com
>
> SCHUBERT JONCKHEER & KOLBE LLP
> ROBERT C. SCHUBERT
> WILLEM F. JONCKHEER
> Three Embarcadero Center, Suite 1650
> San Francisco, CA 94111
> Telephone: (415) 788-4220
> Facsimile: (415) 788-0161
> rschubert@sjk.law
> wjonckheer@sjk.law

5. Defendants take no position as to which firm(s) should be appointed lead counsel.

6. Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

7. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

8. Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with Defendants' counsel on matters

of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

9. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs.

## SCHEDULE FOR THE CONSOLIDATED ACTION

10. Defendants need not respond to the complaints filed in the Related Actions or any other complaint now pending before, or later filed in, remanded to, or transferred to, this Court which arises out of the same or similar facts and allegations as contained in the Related Actions. Rather, plaintiffs shall file, within sixty (60) days of entry of the Order approving this Stipulation, a consolidated complaint or designate a previously-filed complaint as the operative complaint (the "Consolidated Complaint"), which will supersede all existing complaints filed in the Related Actions and any other action that may be consolidated herewith.

11. Within fourteen (14) days of the filing or designation of the Consolidated Complaint, counsel for the parties shall meet and confer regarding a stipulation concerning timing for briefing and hearing defendant Banc of California, Inc.'s ("Banc's") response to the Consolidated Complaint, and shall submit such stipulation to the Court for approval.

12. In the interests of efficiency and the conservation of party and judicial resources, the Individual Defendants'[2] deadlines to respond to the Consolidated Complaint in this action are deferred pending resolution of Banc's anticipated motion to dismiss the Consolidated Complaint.

---

[2] The "Individual Defendants" are Robert D. Sznewajs, Jonah F. Schnel, Halle J. Benett, Richard J. Lashley, Steven A. Sugarman, John C. Grosvenor, Chad T. Brownstein, Jeffrey Karish, Douglas Bowers, Jeffrey Seabold, Ronald D. Nicolas, Jr., and Eric L. Holoman.

**RELATED MATTERS**

13. Defendants' respective counsel hereby accept service in *Gordon v. Bennett*, 8:19-cv-00621-AG-DFMx, *Johnston v. Sznewajs*, No. 8:19-cv-01152-AG-DFMx, and *Witmer v. Sugarman*, No. 2:19-cv-05488-AG-DFMx, on behalf of all Defendants not already served.

14. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Action.

15. This Order approving the parties' stipulation shall apply to each case, arising out of the same or similar transactions and/or events as the Related Actions which is subsequently filed in, remanded to, or transferred to this Court. When a case which properly belongs as part of the *In re Banc of California, Inc. Derivative Litigation*, Lead Case No. 8:19-cv-00621-AG-DFMx, is hereafter filed in, remanded to, or transferred to this Court, counsel for the parties shall call such filing, remand, or transfer to the attention of the clerk of this Court for purposes of moving the Court for an order consolidating such case(s) with *In re Banc of California, Inc. Derivative Litigation*, Lead Case No. 8:19-cv-00621-AG-DFMx. Counsel for the parties will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order.

IT IS SO ORDERED.

Dated: September 23, 2019

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE