ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (164886)
csmith@robbinsarroyo.com
ASHLEY R. RIFKIN (246602)
arifkin@robbinsarroyo.com
JONATHAN D. BOBAK (312374)
jbobak@robbinsarroyo.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

SCHUBERT JONCKHEER
  & KOLBE LLP
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@sjk.law
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Co-Lead Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Lead Case No. 8:19-cv-621-AG-DFMx<br>(Consolidated with Case Nos. 19-cv-1152 and 19-cv-05488)<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEVEN A. SUGARMAN PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Judge: Hon. Andrew J. Guilford<br>Courtroom: 10D |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Kristopher Gordon, Donald Johnston, and Colleen Witmer (collectively, "Plaintiffs") voluntarily dismiss their claims without prejudice as against defendant Steven A. Sugarman ("Sugarman") only, subject to Rule 23.1(c) of the Federal Rules of Civil Procedure. Defendant Sugarman has not filed an answer or a motion for summary judgment. Notice of the voluntary dismissal to shareholders (*see* Federal Rules of Civil Procedure Rule 23.1(c)) is not be required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither plaintiffs nor their counsel have received or will receive directly or indirectly any consideration for the dismissal; and (iv) the dismissal is without prejudice—Plaintiffs and Banc of California, Inc. stockholders are not precluded from bringing the same or a similar action against defendant Sugarman in the future and/or pursuing claims already filed. The parties agree that defendant Sugarman shall bear his own fees and costs.

DATED: November 6, 2019

ROBBINS ARROYO LLP
CRAIG W. SMITH
ASHLEY R. RIFKIN
JONATHAN BOBAK

　　　　　/s/ *Ashley R. Rifkin*
　　　　　ASHLEY R. RIFKIN

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
E-mail: csmith@robbinsarroyo.com
　　　　arifkin@robbinsarroyo.com
　　　　jbobak@robbinsarroyo.com

SCHUBERT JONCKHEER
　& KOLBE LLP
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER

- 1 -

Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
E-mail: rschubert@sjk.law
       wjonckheer@sjk.law

*Co-Lead Counsel for Plaintiffs*

1406700

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served on all filing users through the Court's electronic filing system on this 6th day of November, 2019, as indicated on the attached Mailing List. I further certify that I caused the foregoing to be mailed via electronic and first class U.S. Mail to the following:

Joel M. Athey
DLA PIPER LLP US
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 330-7715
Facsimile: (213) 330-7531
E-mail: joel.athey@dlapiper.com

*Counsel for defendant Ronald J. Nicolas, Jr.*

Eric L. Holoman
2119 Queensborough Ln.
Los Angeles, CA 90077-1364
E-mail: eric.holoman@equitrust.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2019.

    /s/ *Ashley R. Rifkin*
    ASHLEY R. RIFKIN

# Mailing Information for a Case 8:19-cv-00621-AG-DFM Kristopher Gordon v. Halle J. Benett et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Manuel A Abascal**
  manny.abascal@lw.com,manuel-abascal-7112@ecf.pacerpro.com

- **Jonathan D Bobak**
  jbobak@robbinsarroyo.com

- **Roman E Darmer , II**
  rdarmer@jonesday.com,lmatson@jonesday.com,ECFIrvineNotifications@jonesday.com,epete@jonesday.com

- **Mark R S Foster**
  mfoster@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,mark-rs-foster-7528@ecf.pacerpro.com

- **John Michael Gildersleeve**
  john.gildersleeve@mto.com,lori.cruz@mto.com

- **Brian T Glennon**
  brian.glennon@lw.com,shirin.behrooz@lw.com,brian-glennon-0505@ecf.pacerpro.com

- **Andrew R Gray**
  andrew.gray@lw.com,andrew-gray-3541@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com,jana.roach@lw.com

- **Robert B Hubbell**
  rhubbell@mofo.com,docket-la@mofo.com,dawn-millner-4650@ecf.pacerpro.com,robert-hubbell-7718@ecf.pacerpro.com,dmillner@mofo.com

- **Willem F Jonckheer**
  wjonckheer@schubertlawfirm.com,skahan@sjk.law

- **Meg K Lippincott**
  lippincottm@sullcrom.com,riverama@sullcrom.com,megan-lippincott-6573@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Mark R McDonald**
  mmcdonald@mofo.com,docket-la@mofo.com,mmendoza@mofo.com,melissa-mendoza-4207@ecf.pacerpro.com,mark-mcdonald-0458@ecf.pacerpro.com

- **Ashley R Rifkin**
  arifkin@robbinsarroyo.com,rsalazar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J Robbins**
  brobbins@robbinsarroyo.com,notice@robbinsarroyo.com

- **Robert A Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com,robert-sacks-8994@ecf.pacerpro.com

- **Robert C Schubert**
  rschubert@sjk.law

- **Craig Wallace Smith**
  csmith@robbinsarroyo.com,notice@robbinsarroyo.com

- **John W Spiegel**
  john.spiegel@mto.com,larry.polon@mto.com

- **Robert Moss Tiefenbrun**
  rtiefenbrun@jonesday.com,lmatson@jonesday.com,ecfirvinenotifications@jonesday.com,ynomiyama@jonesday.com

- **Ryan Arber Walsh**
  ryan.walsh@lw.com,ryan--walsh-0031@ecf.pacerpro.com,#ocecf@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`