UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 8:19-cv-00621-DMG (DFMx) |
|---|---|
| This Document Relates To: ALL ACTIONS. | (Consolidated with Case Nos. 8:19-cv-1152 and 19-cv-05488) **[PROPOSED] ORDER REGARDING TIME FOR BANC OF CALIFORNIA, INC. TO RESPOND TO THE VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |

[PROPOSED] ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that:

a) The deadline for Banc to respond to the Consolidated Amended Complaint is adjourned sine die; and

b) The parties shall file a status conference statement with the Court within 90 days of entry of this stipulation if the Motion For Preliminary Approval has not been filed by that time.

Dated: April __, 2021

_____

Hon. Dolly M. Gee