UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 8:19-cv-00621-DMG (DFMx)<br><br>(Consolidated with Case Nos. 8:19-cv-1152 and 19-cv-05488)<br><br>**[PROPOSED] ORDER REGARDING TIME FOR BANC OF CALIFORNIA, INC. TO RESPOND TO THE VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |
|---|---|

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

a) The deadline for Banc to respond to the Verified Consolidated Shareholder Derivative Complaint is stayed; and

b) The parties shall file a Joint Status Report with the Court by August 6, 2021 if the Motion For Preliminary Approval has not been filed by that time.

Dated: July __, 2021                          _____
                                                                Hon. Dolly M. Gee