BRIAN J. ROBBINS (S.B.N. 190264)
CRAIG W. SMITH (S.B.N. 164886)
ASHLEY R. RIFKIN (S.B.N. 246602)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsllp.com
csmith@robbinsllp.com
arifkin@rrobbinsllp.com

ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone:  (415) 788-4220
Facsimile:    (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Appear on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION | **No. 8:19-cv-00621-AG-DFM**<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Jury Trial Demanded |

Plaintiffs in the above-captioned shareholder derivative action brought on behalf of Banc of California, Inc. respectfully submit this Joint Status Report pursuant to the Court's August 10, 2021 Order Regarding Time for Banc of California, Inc. to Respond to the Verified Consolidated Shareholder Derivative Complaint (Docket No. 105).

The parties have reached an agreement to settle this action, and have been finalizing the terms of settlement in formal Stipulation of Settlement. The parties are very close to finalizing and executing the Stipulation of Settlement, which they plan to file early next week.

Dated: August 20, 2021         By: */s/ Ashley R. Rifkin*
                                BRIAN J. ROBBINS (S.B.N. 190264)
                                CRAIG W. SMITH (S.B.N. 164886)
                                ASHLEY R. RIFKIN (S.B.N. 246602)
                                5040 Shoreham Place
                                San Diego, CA 92122
                                Telephone: (619) 525-3990
                                Facsimile:  (619) 525-3991
                                brobbins@robbinsllp.com
                                csmith@robbinsllp.com
                                arifkin@robbinsllp.com

                                ROBERT C. SCHUBERT (S.B.N. 62684)
                                WILLEM F. JONCKHEER (S.B.N. 178748)
                                SCHUBERT JONCKHEER & KOLBE LLP
                                Three Embarcadero Center, Suite 1650
                                San Francisco, CA 94111
                                Telephone:  (415) 788-4220
                                Facsimile:   (415) 788-0161
                                rschubert@sjk.law
                                wjonckheer@sjk.law

                                *Co-Lead Counsel for Plaintiff*

PLAINTIFFS' STATUS REPORT
1