ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
CRAIG W. SMITH (164886)
csmith@robbinsllp.com
ASHLEY R. RIFKIN (246602)
arifkin@robbinsllp.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

SCHUBERT JONCKHEER
  AND KOLBE LLP
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@sjk.law
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE BANC OF CALIFORNIA, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 8:19-cv-621-DMG-DFMx<br><br>(Consolidated with Case Nos. 19-cv-1152 and 19-cv-05488) |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT<br><br>Date:     September 24, 2021<br>Time:    9:30 a.m.<br>Judge:   Hon. Dolly M. Gee<br>Ctrm:    8C, 8th Floor |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 24, 2021, at 9:30 a.m., or as soon thereafter as counsel may be heard, Kristopher Gordon, Donald Johnston, and Colleen Witmer (collectively, "Plaintiffs"), individually and derivatively on behalf of nominal defendant Banc of California Inc. ("Banc") will move unopposed pursuant to Rule 23.1 of the Federal Rules of Civil Procedure before the Honorable Dolly M. Gee, U.S. District Judge, at the U.S. District Court, Central District of California, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, requesting entry of an order granting: (i) preliminary approval of the Settlement set forth in the Stipulation; (ii) approval of the form and manner of providing notice of the Settlement to Banc stockholders; and (iii) a date for the Settlement Hearing; and (iv) on such other matters as the Court may deem appropriate.[1]

This Unopposed Motion is made following the conference of counsel pursuant to L.R. 7-3, and is based on this Notice and Unopposed Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Ashley R. Rifkin, the Stipulation and exhibits thereto, the Court's record on this matter, and other evidence and argument that may be presented prior to the Court's decision on this Unopposed Motion.

Banc and the Individual Defendants do not oppose the relief sought in this Unopposed Motion.

DATED: August 23, 2021          ROBBINS LLP

BRIAN J. ROBBINS
CRAIG W. SMITH
ASHLEY R. RIFKIN

---

[1] All capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated August 23, 2021, and filed as Exhibit 1 to the Declaration of Ashley R. Rifkin in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement.

- 1 -
PLAINTIFFS' NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 8:19-cv-621-DMG-DFMx

|   |   |
|---|---|
| 1 | */s/ Ashley R. Rifkin* |
| 2 | ASHLEY R. RIFKIN |
| 3 | 5040 Shoreham Place |
|   | San Diego, CA 92122 |
| 4 | Telephone: (619) 525-3990 |
|   | Facsimile:  (619) 525-3991 |
| 5 | E-mail: brobbins@robbinsllp.com |
|   |         csmith@robbinsllp.com |
| 6 |         arifkin@robbinsllp.com |

SCHUBERT JONCKHEER
  AND KOLBE LLP
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
E-mail: rschubert@sjk.law
        wjonckheer@sjk.law

*Lead Counsel for Plaintiffs*

1539945

- 2 -
PLAINTIFFS' NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT
CASE NO. 8:19-cv-621-DMG-DFMx